

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,434-01

### EX PARTE SHAINA SEPULVADO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-13745-2006-A IN THE 420TH DISTRICT COURT
### FROM NACOGDOCHES COUNTY

*Per curiam*.

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to imprisonment for life without parole. The Twelfth Court of Appeals affirmed her conviction. *Sepulvado v. State*, No. 12-07-00190-CR (Tex. App.—Tyler Dec. 23, 2008) (not designated for publication).

Applicant contends that her mandatory sentence of life without parole for a crime she committed when she was a juvenile violates the Eighth Amendment to the United States Constitution

under *Miller v. Alabama*.[1]

The trial court has determined that Applicant's sentence violates *Miller*. Relief is granted. The sentence in Cause No. F-13745-2006 in the 420th District Court of Nacogdoches County is vacated, and Applicant is remanded to the custody of the Sheriff of Nacogdoches County for further sentencing proceedings to permit the factfinder to assess Applicant's sentence at (1) life with the possibility of parole or (2) life without parole after consideration of Applicant's individual conduct, circumstances, and character. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 10, 2014
Do not publish

---

[1] 132 S. Ct. 2455 (2012).